SCWC-13-0001963

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

STATE OF HAWAI‘I,
Respondent/Plaintiff-Appellee,

vs.

TITTLEMAN FAUATEA,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0001963; CR. NO. 09-1-0300)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, and McKenna, JJ., Circuit Judge
Lee, in place of Pollack, J., recused, and Circuit Judge Nishimura,
in place of Wilson, J., recused)

Petitioner/Defendant-Appellant Tittleman Fauatea's

Application for Writ of Certiorari, filed on September 30, 2014,

is hereby rejected.

DATED:  Honolulu, Hawai‘i, November 6, 2014.

Barry L. Sooalo                    /s/ Mark E. Recktenwald
for petitioner

                                   /s/ Paula A. Nakayama

                                   /s/ Sabrina S. McKenna

                                   /s/ Randal K.O. Lee

                                   /s/ Rhonda A. Nishimura

